**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

VINCENT E. VALACHI, *et al.*                                    PLAINTIFFS

v.                              No. 5:12CV00369 JLH/BD

CORIZON, *et al.*                                               DEFENDANTS

**ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections to the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The motions to dismiss (docket entries #13, #16) are GRANTED. The claims are DISMISSED without prejudice. In addition, Mr. Valachi's motion for order (#19) is DENIED.

IT IS SO ORDERED this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE